UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 18cr10246 |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 2113(a) |
| ROBERT H. BRADY, ) | Bank Robbery |
| Defendant. ) | 18 U.S.C. § 981(a)(1)(C) & |
| ) | 28 U.S.C. § 2461(c) Criminal Forfeiture |

INDICTMENT

COUNT ONE:   18 U.S.C. §§ 2113(a) – Bank Robbery

The Grand Jury charges that:

On or about June 28, 2018, at Charlestown, in the District of Massachusetts,

**ROBERT H. BRADY,**

defendant herein, did, by force and violence, and by intimidation, take from the person and presence of another, money, in the amount of $912.00, more or less, belonging to and in the care, custody, control, management and possession of, a branch of the Cambridge Savings Bank located at Thompson Square, Charlestown, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## BANK ROBBERY FORFEITURE ALLEGATION

(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2113(a), set forth in Count One of this Indictment,

**ROBERT H. BRADY,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of this Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any

other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Here:
{placeholder}
A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Kenneth G. Shine
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS    August 2, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

1:48